UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*December 15, 2022*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

vs.

**CHRISTOPHER SHAW,**
Defendant.

§
§
§
§
§
§

**CRIMINAL NO. 4:22cr634**

# CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
**(Failure to Register under SORNA)**

From on or about March 16, 2022, and continuously thereafter, up to and including the date of this indictment, within the Southern District of Texas,

**CHRISTOPHER SHAW**,

defendant herein, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, having traveled in interstate or foreign commerce, did knowingly fail to register in the State of Texas, as required by the Sex Offender Registration and Notification Act.

1

**In violation of Title 18, United States Code, Section 2250(a)(1), (a)(2)(B), and (a)(3).**

A True Bill:

Original Signature on File
Grand Jury Foreperson

ALAMDAR S. HAMDANI
United States Attorney

By: *[signature]*
Sherri L. Zack
Assistant United States Attorney
713-567-9374